# In the United States Court of Federal Claims

No. 21-1641 L
(Filed: December 21, 2023)

```
* * * * * * * * * * * * * * * * * *   *
                                      *
GARY ANGELLY, et al.,                 *
                                      *
                        Plaintiffs,   *
                                      *
        v.                            *
                                      *
THE UNITED STATES,                    *
                                      *
                        Defendant.    *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

**ORDER**

As agreed to by counsel for the parties, the Court will hold oral argument on the pending motion to dismiss in this matter on **Tuesday, February 27, 2024, at 10 A.M.** The Court will hold the oral argument at the Howard T. Markey National Courts Building in Washington, D.C., and will separately send counsel information regarding courtroom location.

**IT IS SO ORDERED.**

                                                s/ Zachary N. Somers
                                                ZACHARY N. SOMERS
                                                Judge